IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IVET VALDEZ, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:24-CV-2420-BW |
| | § | |
| TRICOLOR HOLDINGS LLC | § | |
| d/b/a TRICOLOR AUTO, | § | |
| Defendant. | § | |

## ORDER STAYING PROCEEDINGS

Defendant Tricolor Holdings LLC d/b/a Tricolor Auto having filed for protection under Chapter 7 of the United States Bankruptcy Code on September 10, 2025, in Case No. 25-33487-mvl7 in the United States Bankruptcy Court for the Northern District of Texas, this action is **STAYED** pursuant to 11 U.S.C. § 362(a). Either party may file a motion to reopen these proceedings when the bankruptcy stay is lifted. Plaintiff is **ORDERED** to file a status report concerning the continuation of the stay in this action no later than **April 3, 2026**, and every **120 days thereafter** until the case is reopened or otherwise terminated.

**SO ORDERED** on December 12, 2025.

_____
BRIAN McKAY
UNITED STATES MAGISTRATE JUDGE

-1-